IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO: 7:18-cv-50-D

| | |
|---|---|
| BRIAN A. ARNOLD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER GRANTING PLAINTIFF'S |
| ) | MOTION TO WAIVE CIVIL ACTION |
| PHOENIX SPIRIT GROUP, LLC ) | FILING FEE |
| and BILLY AYERS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter comes before the Court on the motion of Plaintiff Brain A. Arnold to waive the civil action file fee for the instant action pursuant to the Uniformed Services Employment and Reemployment Rights Act of 1994, 38 U.S.C. § 4301 et seq. In accordance with the Uniformed Services Employment and Reemployment Rights Act of 1994 at 38 U.S.C. § 4323(h)(1), and for good cause shown, it is hereby ORDERED that Plaintiff's Motion to Waive Civil Action Filing Fee is GRANTED, and Plaintiff may proceed with the instant action without paying the civil action filing fee.

SO ORDERED. This _27_ day of March 2018.

JAMES C. DEVER III
Chief United States District Judge