IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO: 7:18-cv-50-D

BRIAN A. ARNOLD, )
 )
    Plaintiff, )
 )
v. ) ENTRY OF DEFAULT
 )
 )
PHOENIX SPIRIT GROUP, LLC )
and BILLY AYERS, )
 )
    Defendants. )
 )
_____ )

Upon consideration of Plaintiff's Motion for Entry of Default Pursuant to Federal Rule of Civil Procedure 55(a), and for good cause shown, Plaintiff's Motion is GRANTED and default is hereby entered against Defendants Phoenix Spirit Group, LLC and Billy Ayers.

SO ORDERD this 19 day of February, 2019.

_____
Peter A. Moore, Jr.
Clerk of Court