IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO: 7:18-cv-50-D

BRIAN A. ARNOLD, )
)
    Plaintiff, )
)
v. ) ORDER GRANTING
) MOTION FOR ENTRY OF
) DEFAULT JUDGMENT
) PURSUANT TO FEDERAL
PHOENIX SPIRIT GROUP, LLC ) RULE OF CIVIL
and BILLY AYERS, ) PROCEDURE 55(b)(1)
)
    Defendants. )
)
)

Upon consideration of Plaintiff's Motion for Entry of Default Judgment Pursuant to Federal Rule of Civil Procedure 55(b)(1), and for good cause shown, Plaintiff's Motion is GRANTED and DEFAULT JUDGMENT IS ENTERED against Defendants Phoenix Spirit Group, LLC and Billy Ayers. Accordingly, judgment is entered against Defendants Phoenix Spirit Group, LLC and Billy Ayers, jointly and severally, in the amount of **$41,369.50** for Plaintiff's lost wages, and in the amount of **$41,369.50** for liquidated damages, and in the amount of **$8,354.20** for attorneys' fees and costs. Judgment is further entered in the amount of _1.72%_ for interest from the entry of default judgment pursuant to 28 U.S.C. § 1961.

SO ORDERED. This _12_ day of September 2019.

                                                       JAMES C. DEVER III
                                                       United States District Judge